UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-00062-KDB-DSC

| | |
|---|---|
| DAVID M. HARDAWAY, M.D., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNUM GROUP CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE PAUL REVERE LIFE INSURANCE COMPANY, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendants. | ) |

_____

Having considered the joint Motion to Dismiss and to Stay proceedings pending Mediation, and for good cause shown, it is hereby ordered that:

(a) Unum Life Insurance Company of America is hereby dismissed as a party defendant from this action without prejudice;

(b) The proceedings in this matter shall be stayed pending the mediation scheduled for October 3, 2022. The Parties shall notify the Court within five (5) business days after mediation regarding whether a settlement is reached.

**SO ORDERED**

Signed: August 26, 2022

Kenneth D. Bell
United States District Judge